IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | FILED UNDER SEAL |
| ) | |
| Plaintiff, ) | Cr. No. 08-20378 |
| ) | |
| vs. ) | |
| ) | 18 U.S.C. § 242 |
| BRIDGES MCRAE, ) | |
| ) | |
| Defendant. ) | |

RECEIVED
NOV 1 8 2008
United States District Court
Western Tennessee

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about the 12th day of February, 2008, in the Western District of Tennessee, the Defendant,

------------------------------------------BRIDGES MCRAE------------------------------------------

a law enforcement officer with the Memphis Police Department, while acting under color of law, did assault Duanna Johnson and thereby did willfully deprive Johnson of a right secured to Johnson by the Constitution and laws of the United States, namely, the right to be free from the unreasonable use of force by one acting under color of law in violation of the Fourth Amendment, resulting in bodily injury to Johnson, and did use a dangerous weapon to do so, all in violation of Title 18, United States Code, Section 242.

A TRUE BILL:

s/Grand Jury Foreperson

FOREPERSON

DATE: November 18, 2008

_____
ACTING UNITED STATES ATTORNEY