IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Cr. No. 08-20378 |
| vs. | ) ) | 18 U.S.C. § 242 |
| BRIDGES MCRAE, | ) ) | |
| Defendant. | ) | |

RECEIVED

JUN 18 2009

United States District Court
Western Tennessee

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about the 12th day of February, 2008, in the Western District of Tennessee, the Defendant,

------------------------------------------BRIDGES MCRAE------------------------------------------

a law enforcement officer with the Memphis Police Department, while acting under color of law, did willfully deprive Duanell Johnson, also known as Duanna Johnson, of a right secured to Johnson by the Constitution and laws of the United States, namely, the right to be free from unreasonable seizure, which includes the right to be free from the unreasonable use of force by one acting under color of law, by assaulting Johnson, resulting in bodily injury to Johnson; the assault included the use of a dangerous weapon, to wit, metal handcuffs with which the Defendant struck Johnson about the head, all in violation of Title 18, United States Code, Section 242.

A TRUE BILL:

s/Grand Jury Foreperson

FOREPERSON

DATE: June 18, 2009

_[signature]_
UNITED STATES ATTORNEY