UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
**Before Judge S. Thomas Anderson, United States District Judge**

August 5, 2009

RE:     **2:08cr20378-A**
         *USA v.  BRIDGES McRAE (b).*

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **SET** in the above-titled matter before **Judge S. Thomas Anderson** on **FRIDAY, AUGUST 21, 2009** at **10:00 A.M. in Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:     *s/ Terry Haley*
         Terry Haley
         Case Manager to Judge S. Thomas Anderson
         901-495-1276