IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Cr. No. 08-20378-STA |
| ) | |
| **BRIDGES MCRAE,** ) | |
| ) | |
| **Defendant.** ) | |

---

### ORDER DENYING MOTION FOR DISCOVERY AS MOOT
---

Before the Court is Defendant Bridges McRae's Motion for Discovery (D.E. # 18) filed on February 27, 2009. The government has responded in opposition to Defendant's Motion. The Court conducted a status conference in this matter on August 21, 2009. Counsel for Defendant and the government were present. According to counsel for Defendant, Defendant has obtained some of the discovery sought in the Motion from other sources. The parties have addressed all other discovery sought in the Motion. As a result, Counsel stated to the Court that Defendant did not seek anything else covered in the Motion for Discovery. Therefore, the Motion is **DENIED** as moot and without prejudice.

    **IT IS SO ORDERED.**

                            s/ S. Thomas Anderson
                            S. THOMAS ANDERSON
                            UNITED STATES DISTRICT JUDGE

                            Date: August 28th, 2009.